**Appeal Dismissed and Memorandum Opinion filed December 13, 2018.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-18-00812-CV

**SSV PROPERTIES C/O TARA PROPERTIES, Appellant**

**V.**

**WENDELL  KING, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1113771**

## M E M O R A N D U M   O P I N I O N

Appellant filed its notice of appeal on September 13, 2018. To date, our records show that appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207.

On October 11, 2018, we issued an order stating we would dismiss the appeal if appellant did not pay the filing fee by October 21, 2018. The fee was not paid. However, appellant paid for the clerk's record, suggesting appellant intended to

prosecute this appeal. For that reason, on November 13, 2018, we issued a second order directing appellant to pay the filing fee by November 26, 2018. We again cautioned we would dismiss the appeal if the filing fee was not paid. The fee has not been paid.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.